ADAM BAUM *v.* WHITE *&* HUNT.

**Pleadings—Answer Must Deny Every Material Allegation in Petition—Plea in Avoidance.**

To constitute a good answer every material allegation of the petition must be denied in such a manner, or if facts are pleaded in avoidance, they must be so stated as to show that if true the plaintiff is not entitled to a judgment.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

October 13, 1871.

OPINION BY JUDGE PETERS:

Appellant in his answer denies that the goods were sold and delivered to a firm composed of the persons sued as constituting that firm, and says that if they were sold at all they were sold to "The Cottage Furnace Iron and Manufacturing Company" claiming to be a corporation, but he does not allege in direct and positive terms that the Cottage Furnace Iron Manufacturing Company was a corporation—or that the goods were sold to a corporation which was responsible for the price thereof.

To constitute a good answer every material allegation of the petition must be denied in such manner, or if facts are pleaded

in avoidance, they must be so stated as to show that if true the plaintiff is not entitled to a judgment against the defendant. Tested by the rules the answer in this case is not sufficient. All that it contains may be true, and still appellant may be legally bound for the debt appellees claim.

The demurrer was, therefore, properly sustained to the answer. And the judgment must be *affirmed*.

*W. H. Holt, for appellant.*

*Apperson, Reid, for appellees.*